THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT
BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Shannon
 Banks,        Appellant.
 
 
 

Appeal from Orangeburg County
John  L.  Breeden, Circuit Court Judge

Unpublished Opinion No.
2005-UP-473
Submitted August 1, 2005  Filed August 8, 2005  

APPEAL DISMISSED

 
 
 
 Acting Deputy Chief Attorney
 Wanda P. Hagler, Office of Appellate Defense, of Columbia,
 for Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh,
 Assistant Deputy Attorney General Salley W. Elliott, Office of the
 Attorney General, of Columbia; and Solicitor David Michael Pascoe, Jr.,
 of St. Matthews, for Respondent.
 
 
 

PER CURIAM:  Shannon
Renee Banksappeals her conviction for exposing another person to the Human
Immunodeficiency Virus (HIV) in violation of South Carolina Code section
44-29-145 (2002).  Banks appellate counsel has petitioned to be relieved
as counsel, stating she has reviewed the record and has concluded Banks
appeal is without merit.  The sole issue briefed by counsel concerns
whether the circuit court adequately informed Banks of the possible sentencing
consequences before accepting her plea, as required under Boykin v. Alabama,
395 U.S. 238 (1969).  Banks did not file a separate pro se
brief.
After a review of the record as
required by Anders v. California, 386 U.S. 738 (1967), and State v.
Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly
appealable issues that are arguable on their merits.  Accordingly, we
dismiss this appeal and grant counsels petition to be relieved.
APPEAL DISMISSED. [1]
HEARN, C.J., STILWELL and
KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rules
215 and 220(b)(2), SCACR.